

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TERRENCE L. DANIELS, | § | |
| Appellant, | § | |
| v. | § | |
| STATE OF NEW MEXICO, BARBARA BROWDER, in her individual and official capacities, SUSANA MARTINEZ, in her individual and official capacities, AMY ORLANDO, in her individual and official capacities, SUSAN RIEDEL, in her individual and official capacities, JAMES DICKENS, in his individual and official capacities, SCOT KEY, in his individual and official capacities, KIRBY WILLS, in his individual and official capacities, PETER GIOVANNINNI, in his individual and official capacities, MICHAEL CAIN, in his individual and official capacities, OSCAR FERRALEZ, in his individual and official capacities, LISA KING, in her individual and official capacities, BRIAN FRAGA, in his individual and official capacities, ASHLEY MEEKS, in her individual and official capacities, LAS CRUCES SUN-NEWS, KAREN NOUGUES, in her individual and official capacities, MICHELLE BALLARD, in her individual and official capacities, ROBERT CONCHA, and VALERIE CONCHA, | § § § § § § § § § § § § § § § § | No. 08-14-00060-CV  Appeal from the  243rd District Court  of El Paso County, Texas  (TC# 2012DCV06543) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the part of the judgment granting the dismissal motions of Las Cruces Sun-News, Ashley Meeks, and Brian Fraga. We therefore reverse that part of the judgment and remand to the trial court for further proceedings. We further conclude there was no error in the part of the judgment dismissing the remainder of the Appellees.

It is further ordered that Appellant and Appellees each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., Not Participating